IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital and SCHC Pediatric Associates, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Comphealth Associates Inc.,<br><br>　　　　　Defendant. | Adversary Proceeding No. 21-51027 (MFW) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　Address of Clerk:  824 Market Street, 3rd Floor
　　　　　　　　　　　　Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the Plaintiffs' attorney.

| | |
|---|---|
| John D. Demmy, Esquire | Jeffrey C. Hampton, Esquire |
| Monique B. DiSabatino, Esquire | Adam H. Isenberg, Esquire |
| Saul Ewing Arnstein & Lehr LLP | Saul Ewing Arnstein & Lehr LLP |
| 1201 North Market Street, Suite 2300 | Centre Square West |
| P.O. Box 1266 | 1500 Market Street, 38th Floor |
| Wilmington, DE  19899 | Philadelphia, PA  19102 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| *Address*:<br>U.S. Bankruptcy Court<br>824 Market Street<br>Wilmington, DE  19801 | *Room*:<br>5th Floor, Courtroom #4<br><br>**Date and Time:**<br>To be determined |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy Court
for the District of Delaware

Date:  September 1, 2021

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

